PD-0257-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/25/2015 10:05:04 AM
Accepted 6/29/2015 5:38:23 PM
ABEL ACOSTA
CLERK

# WILLIAM S. HARRIS

ATTORNEY AND COUNSELOR AT LAW
TELEPHONE (817) 332-5575 - FACSIMILE (817) 335-6060
SUITE 1905 STAR TELEGRAM BUILDING
307 WEST 7TH STREET - FORT WORTH, TEXAS 76102
BOARD CERTIFIED IN CRIMINAL LAW - TEXAS BOARD OF LEGAL SPECIALIZATION

June 25, 2015

Mr. Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

      Re: HENLEY, GREGORY SHAWN
      CCA No. PD-0257-15
      COA No. 02-13-00178-CR
      Trial Court Case No. 1277030

Dear Mr. Acosta,

      Please inform the Court, I will represent Mr. Henley before the Court of Criminal Appeals in the above referrenced grant of the state's petition for discretionary review.

      Thank you.

               Sincerely yours,

               /S/William S. Harris

               William S. Harris
               Email: wmsharris.law@sbcglobal.net

cc:   Mr. Gregory Shawn Henley
      Ms. Debra Windsor, Assitant Criminal District Attorney

FILED IN
COURT OF CRIMINAL APPEALS

June 29, 2015

ABEL ACOSTA, CLERK